## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CV 9497                                                                    Date Filed: 11/5/2008

Plaintiff:
**Richard Press**
vs.
Defendant:
**Concord Mortgage Corp., et. al.,**
State of New York, County of Albany)ss.:

Received by Target Research Services, Inc. to be served on **Concord Mortgage Corp.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **23rd day of January, 2009** at **3:00 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in an Civil Case, Order Scheduling Initial Pretrial Conference, First Amended Complaint and Jury Demand, and Court Notice pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5' 4",  Weight: 160,  Hair: Blond,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 29th day of January, 2009 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public-State of New York
No. 01BU4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

Target Research Services, Inc.
20 Vesey Street
Ph
New York, NY  10007
(212) 227-9600
Our Job Serial Number: 2009000273

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f