Kenneth A. Goldberg, Esq. (KG 0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys For The Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

RICHARD PRESS,                              :    1:08-CV-09497-PKC

               Plaintiff,          :

        vs.                              :    **CERTIFICATION OF SERVICE OF
                                                  MOTION FOR DEFAULT JUDGMENT**

CONCORD MORTGAGE CORP., GLOBAL               :
HOME LOANS & FINANCE, INC.,
LEXCAP FUNDING CORP., SAFE HARBOR:
CAPITAL FUNDING, GLOBAL/GIRIMONTI
LLC, AND DARON GIRIMONTI,                    :

              Defendants.          :

- - - - - - - - - - - - - - - - - x

     I am a member of the Bar of this Court and am associated with the firm of Goldberg & Fliegel, attorneys for Plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action. On June 25, 2009, I caused a true and correct copy of the following papers to be served upon Defendant Daron Girimonti by mail and e-mail: (1) Notice Of Motion For Default Judgment; and (2) Certification of Plaintiff's Counsel In Support Of Motion For Default Judgment.

Dated:     June 25, 2009
           New York, New York

                              GOLDBERG & FLIEGEL LLP

                         By:  _____
                              Kenneth A. Goldberg (KG0295)
                              Goldberg & Fliegel LLP
                              60 East 42nd Street, Suite 3421
                              New York, NY 10165
                              (212) 983-1077
                              Attorneys for Plaintiff