USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD PRESS,

                Plaintiff,

-against-

CONCORD MORTGAGE CORP., GLOBAL HOME
LOANS & FINANCE, INC., LEXCAP FUNDING
CORP., SAFE HARBOR CAPITAL FUNDING,
GLOBAL/GIRIMONTI LLC, AND DARON
GIRIMONTI,

                Defendants.
------------------------------------------------------------X

08 CIVIL 9497 (KTD)

**JUDGMENT**

#10, 1497

Whereas on December 7, 2009, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, having issued a Report and Recommendation (the "report") on damages against the Corporate Defendants; also Press having moved pursuant to rule 55 for default judgment against Daron Girimonti as an individual, and the matter having come before the Honorable Kevin T. Duffy, United States District Judge, and the Court, on August 5, 2010, having rendered its Order adopting the report with just a few minor changes as stated in the Order dated August 5, 2010, awarding damages against the Corporate Defendants as follows: $348,967.33 for pre-termination lost wages; $303,333.28 for post-termination lost wages; $652,300.61 in liquidated damages; $5,000 for conversion his conversion claim; $5,000 in compensatory damages for emotional distress; $45,000 in punitive damages; $350 for the cost of filing this lawsuit, amounting in all to $1,359,951.22 without interest, awarding damages against Girimonti as an individual identical to the damages he may recover against the Corporate Defendants except he is awarded $400,833.31 in post-termination lost wages as well as $749,800.64 in liquidated damages, for a total of $1,554,951.28 without

interest, adopting the report with respect to prejudgment interest on Press's claims for back wages (pre- and post-termination lost wages) and on his award for liquidated damages, ordering Press to submit his calculation of interest using a federal compound interest rate (assuming he still wishes to pursue his claim for prejudgment interest) to be added to the judgment awarded to Press herein, reiterating that Press is only entitled to one recovery for his injuries, and entering judgment in favor of Press against the Corporate Defendants, jointly and severally, in the amount of $1,359,951.22 plus prejudgment interest to be determined and against Girimonti in the amount of $1,554,951.28 plus prejudgment interest to be determined, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2010, the report is adopted with just a few minor changes as stated in the Order dated August 5, 2010; damages are awarded against the Corporate Defendants in the total sum of $1,359,951.22 without interest; damages are awarded against Girimonti as an individual identically to the damages he may recover against the Corporate Defendants except he is awarded $400,833.31 in post-termination lost wages as well as $749,800.64 in liquidated damages, for a total of $1,554,951.28 without interest; the report is adopted with respect to prejudgment interest on Press's claims for back wages (pre- and post-termination lost wages) and on his award for liquidated damages; Press is ordered to submit his calculation of interest using a federal compound interest rate (assuming he still wishes to pursue his claim for prejudgment interest) to be added to the judgment awarded to Press herein; the Court reiterates that Press is only entitled to one recovery for his injuries; and judgment is entered in favor of Press against the Corporate Defendants, jointly and severally, in the amount of $1,359,951.22 plus prejudgment interest to be determined and against Girimonti in the amount of $1,554,951.28 plus prejudgment interest to be determined.

**Dated:** New York, New York
August 30, 2010

**RUBY J. KRAJICK**

**BY:** _____
**Clerk of Court**

 /s/
_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____