UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
RICHARD PRESS,                              :
                                            :
                    Plaintiff,              :     08 Civ. 09497 (KTD)
                                            :
        -against-                           :
                                            :
CONCORD MORTGAGE CORP., GLOBAL              :     ORDER
HOME LOANS & FINANCE, INC., LEXCAP          :
FUNDING CORP., SAFE HARBOR CAPITAL          :
FUNDING, GLOBAL/GIRIMONTI LLC, AND          :
DARON GIRIMONTI,                            :
                    Defendants.             :
-------------------------------------------X

KEVIN THOMAS DUFFY, U.S.D.J.:

   Plaintiff's Motion to Amend the Judgment to Provide for Prejudgment Interest is GRANTED.  Plaintiff is hereby ordered to submit a proposed order no later than November 8, 2010.

SO ORDERED.

Dated:   New York, N.Y.
         October 18, 2010

                                        KEVIN THOMAS DUFFY, U.S.D.J.