UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

RICHARD PRESS,                   :   1:08-CV-09497-KTD

              Plaintiff,    :
                                     **ORDER AMENDING JUDGMENT TO**
      vs.                        :   **PROVIDE FOR PREJUDGMENT INTEREST**

CONCORD MORTGAGE CORP., GLOBAL   :
HOME LOANS & FINANCE, INC.,
LEXCAP FUNDING CORP., SAFE HARBOR:
CAPITAL FUNDING, GLOBAL/GIRIMONTI
LLC, AND DARON GIRIMONTI,        :

             Defendants.   :

- - - - - - - - - - - - - - - - x

    In accordance with the order of October 18, 2010,

    IT IS ORDERED, ADJUDGED AND DECREED that the judgment of August 30, 2010 is amended to add the following:

    1.    The following amounts are allowed as Plaintiff's prejudgment interest in this matter:

        A.    For Plaintiff's prejudgment interest, assessed against Defendant Daron Girimonti, $103,647.46; and

        B.    For Plaintiff's prejudgment interest, assessed against Defendants Concord Mortgage Corp., Global Home Loans & Finance Inc., LexCap Funding Corp., Safe Harbor Capital Funding and Global/Girimonti LLC, $103,116.48.

**Dated:** November 10, 2010
       New York, New York

BY: _____
    KEVIN THOMAS DUFFY, U.S.D.J.